## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TERRENCE WILSON**                                                                   **PLAINTIFF**
**ADC #180422**

**v.**                                             **Case No. 4:24-cv-00953-KGB**

**CUMMINS UNIT,** *et al.*                                                           **DEFENDANTS**

### ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). Plaintiff Terrence Wilson has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). Accordingly, Wilson's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 12th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge